IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. _____ |
| LAURA REARDON GREEN, SHIRLEY MANSFIELD and NORMA PATRICIA REARDON, | : | |
| Defendants. | : | |

## MOTION TO ALLOW INTERPLEADER OF FUNDS

Pursuant to 28 U.S.C. § 1335, Plaintiff Minnesota Life Insurance Company, as the custodian of life insurance proceeds related to Policy #29413, Claim #662-651, deceased Thomas A. Reardon, Social Security #: REDACTED moves this Court for an order allowing it to pay Fifty-Six Thousand, Seven Hundred Sixty-Eight and 00/100 dollars ($56,768.00), into the Registry of the Court, there to abide the judgment of this Court.

Dated: August 30, 2005

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, | : | |
| Plaintiff, | : | C.A. No. _____ |
| v. | : | |
| LAURA REARDON GREEN, SHIRLEY MANSFIELD and NORMA PATRICIA REARDON, | : | |
| Defendants | : | |

## ORDER

WHEREAS, the Plaintiff in this action wishes to deposit the sum of $56,768 with the Clerk of this Court; and

WHEREAS, the deposit of said funds is authorized by Fed.R.Civ.P. 67 and subject to Order of the Court,

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Clerk of the Court shall accept the sum of $56,768 from the Plaintiff.

2. Within ten (10) days of receipt of the check representing payment of the aforesaid sum from the Plaintiff, the Clerk of the Court shall draw a check against the Registry of the Court in the amount of $56,768 made payable to Wachovia Bank and deliver same to Wachovia Bank, together with a certified copy of this Order.

3. Upon receipt of said check by Wachovia Bank, it shall be deposited in a money market account to be opened in the name of "Clerk of the Court of the United States District Court for the District of Delaware, Civil Action No. _____."

4. The Clerk of the Court shall deduct, from the income earned on the investment, a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, at equal to ten percent (10%) of the income earned on the investment, whenever such income becomes available for deduction in the investment so held and without further order of the Court.

5. The funds deposited with Wachovia Bank shall remain on deposit until further order of the Court.

DATED: _____                               _____
                                                 United States District Judge