**CERTIFICATE OF SERVICE**

I hereby certify that two copies of the foregoing Answer and Cross-Claim in Interpleader of Defendant Laura Reardon Green were served on September 7, 2005, upon the following persons in the manner indicated:

**By Hand:**

Sean J. Bellew, Esquire
David A. Felice, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

**By First Class Mail:**
Shirley Mansfield
P.O. Box 3234
Sedona AZ 86340-3234

Norma Patricia Reardon
AV Circunvalacion 1286
Guadalajara Jalisco
Mexico CP 44350

/s/Rick S. Miller
Rick S. Miller (#3418)