IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MINNESOTA LIFE INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-638 |
| | ) | |
| v. | ) | |
| | ) | |
| LAURA REARDON GREEN, SHIRLEY MANSFIELD and NORMA PATRICIA REARDON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**STATEMENT OF NO OBJECTION**

Please take notice that defendant/cross-claimant Laura Reardon Green does not object to the motion to allow interpleader of funds filed by plaintiff Minnesota Life.

FERRY, JOSEPH & PEARCE, P.A.

/s/Rick S. Miller
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
(302) 575-1555
Attorney for Defendant/
Cross-Claimant Laura Reardon Green

Dated: September 7, 2005