# UNITED STATES DISTRICT COURT
## District of Delaware

| | | |
|---|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | C.A. No. 05-638 |
| LAURA REARDON GREEN, SHIRLEY MANSFIELD and NORMA PATRICIA REARDON, | : : : | |
| | : | |
| Defendants. | : | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of the attached *Summons in a Civil Action and Complaint* was served on the 2nd day of September, 2005 upon the following by Brandywine Process Servers:

> Laura Reardon Green
> 253 Champlain Avenue
> Wilmington, DE 19804

Dated: September 9, 2005               COZEN O'CONNOR

                                       */s/ Sean J. Bellew*
                                       Sean J. Bellew (#4072)
                                       David A. Felice (# 4090)
                                       1201 North Market Street, Suite 1400
                                       Wilmington, DE  19801
                                       Telephone:  (302) 295-2026
                                       Facsimile:  (302) 295-2013
                                         *Attorneys for Plaintiff*