# UNITED STATES DISTRICT COURT
## District of Delaware

| | | |
|---|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br>Plaintiff,<br><br>v.<br><br>LAURA REARDON GREEN, SHIRLEY MANSFIELD and NORMA PATRICIA REARDON<br>Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **SUMMONS IN A CIVIL CASE**<br><br><br>CASE NUMBER: _____ |

**TO:** (Name and address of Defendant)

Laura Reardon Green
253 Champlain Avenue
Wilmington, DE  19804

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Sean J. Bellew, Esquire
David A. Felice, Esquire
COZEN O'CONNOR
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, Delaware  19801
(302) 295-2011

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG 3 0 2005

**PETER T. DALLEO**
CLERK                                                                 DATE

_[signature]_
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>9/2/05 |
| NAME OF SERVER (PPJNT)<br>DENORRIS BRITT | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: RICHARD GREEN (HUSBAND) AT 253 CHAMPLAIN AVE. WILM. DE

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9/2/05
            Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.