# UNITED STATES DISTRICT COURT
## District of Delaware

| | | |
|---|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | C.A. No. 05-638 |
| LAURA REARDON GREEN, SHIRLEY MANSFIELD and NORMA PATRICIA REARDON, | : | |
| | : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE OF NOTICE OF SERVICE

I, Sean J. Bellew, do hereby certify under penalty of perjury that I am not less than 18 years of age and that, on this 9th day of September, 2005, I did cause a true and correct copy of the *Notice of Service* to be served upon the following party via the manner indicated below:

Rick S. Miller, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market St., Suite 904
P.O. Box 1351
Wilmington, DE 19899
*Counsel for Laura Reardon Green*

Dated: September 9, 2005                COZEN O'CONNOR

                                        */s/ Sean J. Bellew*
                                        Sean J. Bellew (#4072)
                                        David A. Felice (# 4090)
                                        1201 North Market Street, Suite 1400
                                        Wilmington, DE 19801
                                        Telephone: (302) 295-2026
                                        Facsimile: (302) 295-2013
                                        *Attorneys for Plaintiff*

WILM1\31820\1 701881.000