IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY, :<br>:<br>Plaintiff, :<br>:<br>v. :<br>:<br>LAURA REARDON GREEN, SHIRLEY :<br>MANSFIELD and NORMA PATRICIA :<br>REARDON, :<br>:<br>Defendants. : | C.A. No. 05-638-GMS |

### RETURN OF SERVICE

PLEASE TAKE NOTICE that copies of the *Summons and Complaint* were served on September 19, 2005 by hand delivery upon the following:

Shirley Mansfield
85 Arrow Drive
Sedona, AZ  86340

Dated: September 29, 2005

David A. Felice
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2026
Facsimile:  (302) 295-2013
*Attorneys for Plaintiff*

WILM1\32139\1 701881.000