IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MINNESOTA LIFE INS. CO., | ) | |
| | ) | |
|     Plaintiff, | ) | C.A. No. 05-638 |
| | ) | |
| v. | ) | |
| | ) | |
| LAURA REARDON GREEN, SHIRLEY MANSFIELD and NORMA PATRICIA REARDON, | ) ) ) | |
| | ) | |
|     Defendants. | ) | |

**O R D E R**

    AND NOW, this _____ day of _____, 2005, the Court having heard and considered the motion for defendant/cross-claimant Laura Reardon Green for judgment by default against defendant Shirley Mansfield, and it appearing to the Court that defendant Shirley Mansfield has failed to plead or otherwise defend as provided by the Rules of the Court, IT IS HEREBY ORDERED as follows:

    1.  The motion is GRANTED.

    2.  Judgment by default shall be entered against defendant Shirley Mansfield as to the relief demanded in the cross-claim filed by defendant/cross-claimant Laura Reardon Green.

                                            _____
                                            United States District Judge