IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MINNESOTA LIFE INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-638 (GMS) |
| | ) | |
| v. | ) | |
| | ) | |
| LAURA REARDON GREEN, SHIRLEY MANSFIELD and NORMA PATRICIA REARDON, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF COMPLETION OF BRIEFING (RE: DOCKET NO. 8)

PLEASE TAKE NOTICE, that on October 12, 2005, Defendant/Cross-Claimant Laura Reardon Green filed a Motion for Judgment by Default Against Defendant/Cross-Defendant Shirley Mansfield ("the "Motion") [Docket No. 8].

PLEASE TAKE FURTHER NOTICE, that pursuant to District Court Local Rule 7.1.4, the last day for a party wishing to oppose the motion to file a response was October 26, 2005. To date, no party, including Defendant/Cross-Defendant Shirley Mansfield, has filed a response to the Motion or requested an extension of time to do so.

Accordingly, the movant submits that the briefing on the motion is now complete and that the matter is now ripe for a judicial determination by the Court.

Dated:    November 14, 2005                FERRY, JOSEPH & PEARCE, P.A.

/s/ Rick S. Miller
Rick S. Miller (No. 3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Telephone: (302) 575-1555
Attorney for Defendant/
Cross-Claimant Laura Reardon
Green

**CERTIFICATE OF SERVICE**

I hereby certify that two copies of the foregoing Notice of Completion of Briefing Re: Docket No. 8 were served on November 14, 2005, upon the following persons in the manner indicated:

**By Hand:**

Sean J. Bellew, Esquire
David A. Felice, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

**By First Class Mail:**
Shirley Mansfield
P.O. Box 3234
Sedona AZ 86340-3234

Norma Patricia Reardon
c/o Gina L. Tanner, Esquire
Law Offices of Gina L. Tanner
468 N. Camden Dr., Suite 201
Beverly Hills, CA 90210

/s/Rick S. Miller
Rick S. Miller (#3418)