# FERRY, JOSEPH & PEARCE, P. A.

ATTORNEYS AT LAW
824 MARKET STREET
SUITE 904
P. O. BOX 1351
WILMINGTON, DELAWARE 19899

(302) 575-1555

TELEFAX
(302) 575-1714

www.ferryjoseph.com

DAVID J. FERRY, JR.*
MICHAEL B. JOSEPH +
ROBERT K. PEARCE
THEODORE J. TACCONELLI *
EDWARD F. KAFADER
JOHN D. MATTEY
RICK S. MILLER
JASON C. POWELL
LISA L. COGGINS ++
STEVEN G. WEILER ++
THOMAS R. RIGGS

ARTHUR F. DiSABATINO
(1936-2001)

(*ALSO PA BAR)
(+ALSO NJ BAR)
(**ALSO FL, MA AND NY BARS)
(++NJ BAR ONLY)

January 17, 2006

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Wilmington, DE 19801

Re: *Minnesota Life Ins. Co. v. Laura Reardon Green, et al.*
C.A. No. 05-638 (GMS)

Dear Judge Sleet:

I am pleased to enclose a settlement agreement in the above-referenced case that has been agreed to by two of the three defendants in this interpleader case, my client Ms. Laura Reardon Green and Ms. Norma Patricia Reardon. The third defendant, Ms. Shirley Mansfield, in not a party to the enclosed agreement.

This agreement is contingent upon the Court entering judgment by default against Ms. Shirley Mansfield. That motion is currently pending before the Court. (D.I. 8,9). If the Court enters a default judgment against Ms. Mansfield, this case will essentially be over. I am available should the Court have any questions regarding this matter.

Very truly yours,

Rick S. Miller (#3418)

cc: Sean J. Bellew, Esquire
Laura Reardon Green
Shirley Mansfield
Norma Patricia Reardon
Clerk of the Court (e-filed)