

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
LAS VEGAS
LONDON
LOS ANGELES

# COZEN
# O'CONNOR
ATTORNEYS

NEW YORK
NEWARK
SAN DIEGO
SAN FRANCISCO
SEATTLE
WASHINGTON, DC
WEST CONSHOHOCKEN
WILMINGTON

A PROFESSIONAL CORPORATION

SUITE 1400   CHASE MANHATTAN CENTRE   1201 NORTH MARKET STREET   WILMINGTON, DE 19801-1147
302.295.2000   888.207.2440   302.295.2013 FAX   www.cozen.com

January 20, 2006

Sean J. Bellew
Direct Phone 302.295.2026
Direct Fax   302.295.2013
sbellew@cozen.com

**VIA HAND DELIVERY**
**VIA ECF**

The Honorable Gregory M. Sleet
U.S. District Court, District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Minnesota Life Ins. Co. v. Laura Reardon Green,* et al.
      C.A. No. 05-638-GMS  -GMS

Dear Judge Sleet:

I have Mr. Miller's correspondence to Your Honor dated January 17, 2006.

Plaintiff, Minnesota Life Insurance Company, does not take a position with respect to the motion for default pending before the Court (D.I. 8, 9). Mr. Miller states that, "if the Court enters a default judgment against Ms. Mansfield, this case will essentially be over." Should the Court enter the default and agree with Mr. Miller's analysis, we would simply request that the Order indicate that the defaulted party, Ms. Shirley Mansfield, will have no recourse against Minnesota Life on account of the insurance proceeds which are the subject of this action upon the Court's release of these proceeds (currently held in escrow).

If Your Honor should have any questions, counsel stands ready at the call of the Court.

Respectfully,

COZEN O'CONNOR

By: Sean J. Bellew

SJB/sjs
cc:   Laura Reardon Green
      Shirley Mansfield
      Norma Patricia Reardon
      Clerk of the Court (*via ECF*)
      Rick S. Miller, Esquire