IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MINNESOTA LIFE INS. CO. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-638 GMS |
| | ) | |
| LAURA REARDON GREEN, et al. | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

WHEREAS, on August 30, 2005, the plaintiff filed a Complaint against the above-captioned defendants (D.I. 1);

WHEREAS, on September 29, 2005, a return of service executed as to the defendant Shirley Mansfield ("Mansfield") was filed with the court (D.I. 7);

WHEREAS, Mansfield's answer to the Complaint was due on October 11, 2005;

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by Mansfield;

IT IS HEREBY ORDERED that:

1. The defendant Shirley Mansfield will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

January 26, 2006

UNITED STATES DISTRICT JUDGE