IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MINNESOTA LIFE INS. CO., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-638 GMS |
| ) | |
| LAURA REARDON GREEN, SHIRLEY ) | |
| MANSFIELD, and NORMA PATRICIA ) | |
| REARDON, ) | |
| ) | |
| Defendants ) | |

**ENTRY OF DEFAULT**

It appearing from the file in this office that the defendant Shirley Mansfield has failed to file a pleading or otherwise defend in the above-captioned action, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

                                                  PETER T. DALLEO, Clerk of Court

Dated: February 28, 2006                        /s/
                                                  By: Marie McDavid, Deputy Clerk