```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE

MINNESOTA LIFE INS. CO.,           )
                                   )
     Plaintiff,                    )    C.A. No. 05-638
                                   )
     v.                            )
                                   )
LAURA REARDON GREEN, SHIRLEY       )
MANSFIELD and NORMA PATRICIA       )
REARDON,                           )
                                   )
     Defendants.                   )
```

### DEFENDANT/CROSS-CLAIMANT LAURA REARDON GREEN'S MOTION FOR FINAL ORDER OF JUDGMENT

Defendant and cross-claimant Laura Reardon Green ("Green") hereby moves the Court for entry of final judgment in the above-captioned case, and in support thereof, respectfully states the following:

1. This is an interpleader action brought by plaintiff Minnesota Life respecting the proceeds of a life insurance policy insuring the life of Thomas Reardon ("decedent"). The defendants are the sister (Green), the ex-spouse ("Mansfield") and the surviving spouse ("Reardon") of the decedent.

2. Suit was filed on August 30, 2005. (D.I. 1). On September 7, 2005, Green filed her answer and cross-claim.(D.I. 3).

3. On September 9, 2005, the Court entered an order of interpleader authorizing the plaintiff to deposit the sum of $56,768 with the Court. (D.I. 6).

4. On January 17, 2006, Green filed a contingent settlement

agreement between herself and defendant Reardon respecting distribution of the interpled funds as set forth herein. (D.I. 10). The agreement was contingent upon entry of default against defendant Mansfield.

5. On January 26, 2006, the Court entered an Order to Answer against defendant Mansfield returnable on February 2, 2006. (D.I. 13). Mansfield did not answer or otherwise plead by the Court's deadline. On February 28, 2006, the Clerk entered default against defendant Mansfield. (D.I. 14).

6. In accordance with the settlement agreement between Green and Reardon, the interpled funds on deposit with the Clerk's office are to be disbursed as follows:

> A) Nine Thousand Dollars ($9,000.00) to Norma Patricia Reardon, c/o Gina L. Tanner, Esquire, Law Offices of Gina L. Tanner, a Professional Law Corporation, 468 N. Camden Dr., Suite 201, Beverly Hills, CA 90210.
>
> B) The remaining balance to Ferry, Joseph & Pearce, P.A., attorneys for Laura Reardon Green, 824 Market Street, Suite 904, Wilmington, DE 19801.

7. In accordance with the request of Minnesota Life's counsel (D.I. 12), the proposed form of final order attached hereto contains a provision indicating that upon disbursement of the interpled funds, the parties shall have no recourse against one another or the plaintiff.

WHEREFORE defendant and cross-claimant Laura Reardon Green hereby moves for a final order of judgment as set forth herein.

Dated: March 1, 2006                FERRY, JOSEPH & PEARCE, P.A.

/s/Rick S. Miller
Rick S. Miller (#3418)
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899-1351
(302) 575-1555
Attorney for Defendant/
Cross-Claimant Laura Reardon Green

```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF DELAWARE

MINNESOTA LIFE INS. CO.,           )
                                   )
     Plaintiff,                    )    C.A. No. 05-638
                                   )
     v.                            )
                                   )
LAURA REARDON GREEN, SHIRLEY       )
MANSFIELD and NORMA PATRICIA       )
REARDON,                           )
                                   )
     Defendants.                   )
```

**FINAL ORDER OF JUDGMENT**

WHEREAS Defendants Laura Reardon Green ("Green") and Norma Patricia Reardon ("Reardon") have filed a stipulation of settlement (D.I. 10) agreeing to the distribution of the interpled funds as set forth herein; and

WHEREAS the Clerk has entered default against defendant Shirley Mansfield ("Mansfield") for failure to appear, answer or otherwise plead (D.I. 14);

NOW THEREFORE, IT IS HEREBY ORDERED as follows:

1. Judgment is entered in favor of plaintiff Minnesota Life Insurance Company, and defendants Laura Reardon Green and Norma Patricia Reardon and against defendant Shirley Mansfield.

2. The Clerk shall disburse the interpled funds as follows:

   A) Nine Thousand Dollars ($9,000.00) to Norma Patricia Reardon, c/o Gina L. Tanner, Esquire, Law Offices of Gina L. Tanner, a Professional Law Corporation, 468 N. Camden Dr., Suite 201, Beverly Hills, CA 90210.

   B) The remaining balance to Ferry, Joseph & Pearce, P.A., attorneys for Laura Reardon Green, 824 Market Street, Suite 904, Wilmington, DE 19801.

3. Upon disbursement of the interpled funds, no defendant including, without limitation, defendant Mansfield, shall have recourse against any other defendant or against plaintiff Minnesota Life Insurance Company on account of the insurance proceeds which are the subject matter of this action.

    4.   This is the Final Order of the Court in this case.  The
Clerk is directed to close the case file.


                                    _____
                                    United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that two copies of the foregoing Defendant/Cross-Claimant Laura Reardon Green's Motion for Final Order of Judgment were served on March 1, 2006, upon the following persons in the manner indicated:

**By Hand:**

Sean J. Bellew, Esquire
David A. Felice, Esquire
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

**By First Class Mail:**
Shirley Mansfield
P.O. Box 3234
Sedona AZ 86340-3234

Norma Patricia Reardon
c/o Gina L. Tanner, Esquire
Law Offices of Gina L. Tanner
468 N. Camden Dr., Suite 201
Beverly Hills, CA 90210

/s/Rick S. Miller
Rick S. Miller (#3418)