IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MINNESOTA LIFE INS. CO., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-638 GMS |
| | ) | |
| LAURA REARDON GREEN, SHIRLEY MANSFIELD, and NORMA PATRICIA REARDON, | ) ) ) ) | |
| Defendants | ) | |

## ORDER

WHEREAS, on August 30, 2005, Minnesota Life Insurance Company ("Minnesota Life") filed this interpleader action, pursuant to 18 U.S.C. § 1335;

WHEREAS, on October 12, 2005, Laura Reardon Green ("Green"), a defendant an cross-claimant to the interplead funds, filed a motion for default judgment (D.I. 8) against Shirley Mansfield ("Mansfield");

WHEREAS, on January 17, 2006, Green's counsel filed a letter (D.I. 11) and settlement agreement (D.I. 10) between Green and Norma Patricia Reardon ("Reardon"), contingent upon the clerk's entry of default against Mansfield;

WHEREAS, the letter asserts that if the clerk enters default against Mansfield, "this case will essentially be over";

WHEREAS, on January 20, 2006, counsel for Minnesota Life filed a letter (D.I. 12), which asserts that it does not take a position with respect to the motion for default pending before the court;

WHEREAS, the letter also requests the court to enter an Order indicating that Mansfield, the defaulted party, shall have no recourse against Minnesota Life with respect to the insurance proceeds

that are the subject of this action;

WHEREAS, on February 28, 2006, the clerk entered default against Mansfield; and

WHEREAS, the court concludes that the default against Mansfield precludes her from seeking any recourse against Minnesota Life with respect to the above-mentioned insurance proceeds;

IT IS HEREBY ORDERED that:

1. Minnesota Life's letter request (D.I. 12) is GRANTED.

2. The District Court Clerk shall distribute the insurance proceeds, plus interest, minus registry fee, in accordance with the Stipulation of Contingent Settlement Agreement Between Laura Reardon Green and Norma Patricia Reardon (D.I. 10).

Dated: March 2, 2006

_____
UNITED STATES DISTRICT JUDGE